**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Keith WOODS, Defendant—Appellant.**

No. 10–6336.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 19, 2010.

Decided: Aug. 27, 2010.

Keith Woods, Appellant Pro Se. Alan Lance Crick, Assistant United States At-torney, Greenville, South Carolina, for Appellee.

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Woods appeals the district court's order denying his motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Woods,* No. 7:98–cr–01172–HMH–2 (D.S.C. Feb. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*